*E-Filed: October 31, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED MURABITO, | No. C14-04771 HRL |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| STERICYCLE, INC.; et al., | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another Judge.

Dated: October 31, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-04771 HRL Order will be electronically mailed to:**

Matthew Schechter    mschechter@mcmanislaw.com, mrose@mcmanislaw.com, sshakoori@mcmanislaw.com

Sharon S. Kirsch    skirsch@mcmanislaw.com, cmcclelen@mcmanislaw.com, mrose@mcmanislaw.com, sshakoori@mcmanislaw.com

Steven Paul Cohn    spcohnlaw@aol.com, spc@jobslaw.org

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**